IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| A RAY HOSPITALITY, LLC, | ) | |
| D/B/A M. L. ROSE – SYLVAN PARK | ) | |
| | ) | |
| Plaintiff, | ) | 3:20-cv-0904 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| SOCIETY INSURANCE, A MUTAL COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Pursuant to the Certified Conditional Transfer Order (CTO-2) of the Judicial Panel on Multidistrict Litigation, Docket No. 2964, this case is hereby transferred to the United States District Court for the Northern District of Illinois for coordinated or consolidated proceedings.

The Clerk of Court is directed to close this case and electronically transmit the record to the United States District Court for the Northern District of Illinois.

It is so **ORDERED.**

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE